IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES V. CAICO,

     Plaintiff,                    No. CIV S-00-2330 GEB KJM P

  vs.

T. McTERNAN, et al.,

     Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a former prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 5, 2006, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on March 27, 2002 and January 31, 2003. All requests were denied. For the same reasons set forth in those prior orders, his most recent request will similarly be denied.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's July 5, 2006 request for appointment of counsel is denied.

        2. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before October 13, 2006. Defendants shall file their pretrial statement on or before October 27, 2006. Each party is advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

1

1  3. Pretrial conference (as described in Local Rule 16-282) is set in this case for
2 November 9, 2006, before the undersigned.  The pretrial conference shall be conducted on the
3 file only, without appearance by either party.
4  4. Trial confirmation hearing is set before the Honorable Garland E. Burrell, Jr.
5 on February 2, 2007 at 11:00 a.m. in Courtroom No. 10.
6  5. Jury trial is set before the Honorable Garland E. Burrell, Jr. for March 13, 2007
7 at 9:00 a.m. in Courtroom No. 10.
8 DATED:  August 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
caic2330.sch