IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES V. CAICO,

        Plaintiff,                No. CIV S-00-2330 GEB KJM P

    vs.

McTERNAN, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a former state prison inmate proceeding pro se with a civil rights action. On August 30, 2006, the court filed an order, establishing a schedule for pretrial proceedings and for trial in this case. The order directed plaintiff to file his pretrial statement on or before October 13, 2006; plaintiff was warned that failure to comply might result in the imposition of sanctions, including dismissal of the action for failure to adhere to court orders under Federal Rule of Civil Procedure 41(b) and for failure to prosecute. Plaintiff has not filed his pretrial statement.

/////

/////

/////

/////

1

1       Accordingly, within ten days from the date of this order, plaintiff is directed to
2 show cause why this action should not be dismissed.
3       IT IS SO ORDERED.
4 DATED: October 26, 2006

                                             U.S. MAGISTRATE JUDGE

2
caic2330.46